1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   VENCIL C. GREEN,                              No.  2:23-CV-0775-DMC-P

12                    Petitioner,

13          v.                                     ORDER

14   WARDEN,

15                    Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18   habeas corpus under 28 U.S.C. § 2254.  The petition challenges a conviction issued by the Kings

19   County Superior Court.  Kings County is part of the Fresno division of this Court.  See Local

20   Rule 120(b).  Because the Sacramento division is not the proper division, this action will be

21   transferred to the Fresno division.

22          Accordingly, IT IS HEREBY ORDERED that this action is transferred to the

23   United States District Court for the Eastern District of California sitting in Fresno.

24

25   Dated:  May 4, 2023

26                                                 _____

27                                                 DENNIS M. COTA
                                                   UNITED STATES MAGISTRATE JUDGE
28

                                                   1